### 36123. SUNDY v. ALLGOOD.

FELTON, C. J. The bill of exceptions assigns error only upon a judgment overruling demurrers to the answer and cross-bill of the defendant. *Held:*
1. The judgment complained of is not a final judgment, and therefore cannot be reviewed by direct bill of exceptions. Accordingly, the motion to dismiss the writ of error must be sustained. *Dove* v. *Maxwell,* 184 *Ga.* 460 (1) (191 S. E. 916); *Carver* v. *Bone,* 73 *Ga. App.* 550 (37 S. E. 2d 371).

*Writ of error dismissed. Quillian and Nichols, JJ., concur.*
DECIDED APRIL 11, 1956.

*H. Dale Thompson,* for plaintiff in error.
*W. W. Larsen, W. W. Larsen, Jr., Harold E. Ward,* contra.